# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

JORGE NELSON,

        Petitioner

        v.

COURT OF COMMON PLEAS, FIRST
JUDICIAL DISTRICT OF PHILADELPHIA
COUNTY,

        Respondents

: No. 103 EM 2014
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 19th day of September, 2014, the Application for Leave to File Original Process is **GRANTED**. Furthermore, the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED** to the extent it requests extraordinary relief and is **GRANTED** to the extent it requests mandamus relief. The Court of Common Pleas of Philadelphia County is **DIRECTED** to adjudicate Petitioner's pending petition within 90 days.